# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Securesoft Technologies, LLC<br>7221 Hanover Parkway, Suite D<br>Greenbelt, MD 20770,<br><br>    Plaintiff,<br><br>    v.<br><br>Embassy of Ghana<br>3512 International Drive, NW<br>Washington, DC 20008,<br><br>    Defendant. | CIVIL ACTION NO. _____ |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441(d), Defendant Embassy of Ghana removes to this Court the state court action described in paragraph 1 below.

## THE REMOVED CASE

1.  The removed case is a civil action filed on September 28, 2016 in the Superior Court of the District of Columbia. The case has been assigned number 2016 CA 007171 B and is styled *Securesoft Technologies, LLC v. Embassy of Ghana*.

## PAPERS FROM REMOVED ACTION

2.  As required by 28 U.S.C. § 1446(a), attached as Exhibit A are copies of all process, pleadings and orders received by Defendant Embassy of Ghana in the removed case.

## DEFENDANT IS A FOREIGN STATE

3.  This is a civil action against a foreign state that falls under the Court's original jurisdiction pursuant to 28 U.S.C. § 1330. It may thus be removed to this Court pursuant to 28 US.C. § 1441(d), which provides:

Any civil action brought in a State court against a foreign state as defined in section 1603(a) of this title may be removed by the foreign state to the district court of the United States for the district and division embracing the place where such action is pending...

4. Defendant Embassy of Ghana is the official diplomatic mission of the Republic of Ghana to the United States. Pursuant to 28 U.S.C. § 1603(a), the Embassy of Ghana is considered to be a foreign state for the purposes of 28 U.S.C. § 1441(d). The Embassy of Ghana is therefore entitled to remove the instant proceedings to this Court.

### THE VENUE REQUIREMENT IS MET

5. Venue of this removal is proper under 28 U.S.C. § 1441(d) because this Court is the United States District Court for the district and division corresponding to the place where the state court action was pending.

### REMOVAL IS TIMELY

6. The Embassy of Ghana received a copy of the Complaint on October 3, 2016. This notice of removal is filed within 30 days of that receipt and is therefore timely under 28 U.S.C. § 1446(b).

### FILING OF REMOVAL PAPERS

7. As required by 28 U.S.C. § 1446(d), written notice of the removal of this action will be given to Plaintiff's counsel forthwith. A copy of this Notice is also being filed with the Clerk of the Superior Court of the District of Columbia.

8. Nothing in this Notice of Removal shall be considered as a waiver of foreign sovereign immunity under the Foreign Sovereign Immunities Act, foreign sovereign immunity under the common law, or any other available immunity or defense. Defendant Embassy of Ghana hereby reserves all of its rights with regards to all such immunities and defenses.

WHEREFORE, Defendant Embassy of Ghana hereby removes the above-captioned action from the Superior Court of the District of Columbia and requests that further proceedings be conducted in this Court as provided by law.

Respectfully submitted this thirty-first day of October, 2016.

/s/ Tafadzwa Pasipanodya
Paul S. Reichler (D.C. Bar No. 185116)
A. Tafadzwa Pasipanodya (D.C. Bar No. 994949)
Nicholas M. Renzler (D.C. Bar No. 983359)
FOLEY HOAG LLP
1717 K Street, NW
Washington, DC 20006-5350
Tel:  202 223 1200
Fax: 202 785 6687

Kwaku D. Ofori (D.C. Bar No. 502898)
OFORI LAW FIRM, LLC
11215-B Lockwood Drive
Silver Spring, MD 20901
Tel: 301 592 8818
Fax: 301 592 8839