# Exhibit A

# Exhibit A-1

## Complaint

Filed
D.C. Superior Court
09/28/2016 12:08PM
Clerk of the Court

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

SECURESOFT TECHNOLOGIES, LLC
7221 Hanover Parkway, Suite D
Greenbelt, MD 20770

      Plaintiff,

v.

EMBASSY OF GHANA
3512 International Drive NW
Washington, D.C. 20008

Please serve: Embassy of Ghana
               3512 International Drive NW
               Washington, DC 20008

      Defendant(s).

: Case No.: **2016 CA 007171 B**

## COMPLAINT

COMES NOW, the Plaintiff, SecureSoft Technologies, LLC ("SST" or "Plaintiff"), by counsel, and moves this Honorable Court for judgment against Defendant, Embassy of Ghana (the "Embassy" or "Defendant"), on the grounds and praying for the relief hereinafter set forth:

### PARTIES

1.    Plaintiff, SST, is a limited liability company organized under the laws of the state of Maryland.

2.    The Embassy is located at 3512 International Drive NW, Washington, D.C. 20008.

### JURISDICTION AND VENUE

3.    The causes of action raised in this Complaint arose or substantially took place at 3512 International Drive, NW, Washington, D.C. 20008. Thus, jurisdiction is proper in this Court pursuant to § 11-921 and § 13–423 of the Code of the District of Columbia.

1

4.     Further, the Agreement (identified below) sets forth a choice of laws provision for the District of Columbia.

## STATEMENT OF FACTS

5.     On or around August 14, 2015, SST and the Embassy entered into an agreement (the "Agreement") for the design and installation of certain electronic systems, including but not limited to a closed circuit television security system, surveillance cameras, wireless network point, LAN cabling, and other similar systems. The Agreement is attached hereto as **Exhibit A**, and incorporated herein by reference.

6.     In return for these services, the Embassy agreed to pay SST a total contract price of $402,904.00.

7.     In reliance upon the Embassy's representations that SST would be chosen to perform such services and enter into the Agreement, SST undertook considerable effort to produce a design proposal and estimate for the layout, installation and cabling of the electronic equipment and systems requested by the Embassy.

8.     In doing so, SST expended considerable time and expenses.

9.     SST ultimately provided this design proposal to the Embassy.

10.     Nevertheless, after making these representations and signing the Agreement, the Embassy breached the contract by not permitting SST to proceed with the work or provide any payment to SST.

11.     To date, SST has not received any compensation from the Embassy.

12.     Upon information and belief, the Embassy has instead utilized the design proposal and estimates produced by SST in order to have the work performed by another party.

2

13.     As a result, the Embassy has materially breached the terms of the parties' Agreement.

14.     Plaintiff has lost anticipated profits of approximately $80,000.00 plus the time and expenses incurred in producing the design proposal.

15.     At all times, Plaintiff fully performed all promised services and has fulfilled all of its obligations under the terms of the Agreement.

16.     Despite repeated demands, Defendant has failed to permit Plaintiff to provide the agreed upon services and has refused to provide Plaintiff with any payment.

## STATEMENT OF CLAIMS

### COUNT I - BREACH OF CONTRACT

17.     The Plaintiff restates, re-pleads, and incorporates by reference each and every allegation set forth above, and avers that Defendant has materially breached the Agreement.

18.     Under the terms of the Agreement, the Embassy agreed to provide the contract sum in return for the proposed work by SST.

19.     However, the Embassy prevented SST from beginning or completing the proposed services and has refused to provide SST with any portion of the contract sum.

20.     As a result, the Embassy has materially breached the terms of the parties' Agreement.

21.     Plaintiff fully performed all obligations under the Agreement.

22.     As a direct, foreseeable, and proximate result of Defendant's breach, Plaintiff has suffered damages in an amount no less than $80,000.00, plus court costs and interest.

### COUNT II – FRAUD IN THE INDUCEMENT

23.     The Plaintiff restates, re-pleads, and incorporates by reference each and every allegation set forth above, and avers that Defendant has materially breached the Agreement.

3

24. Defendant has made numerous misrepresentations to Plaintiff and concealed facts, which were material to the Agreement, and were made regarding issues and facts that were present when the material misrepresentations were made.

25. In particular, Defendant fraudulently misrepresented or concealed from Plaintiff that it would utilize Plaintiff to perform the agreed upon services, and that it would proceed with the design proposal submitted to it.

26. Defendant made these material misrepresentations or omissions knowingly and intentionally with the intent to mislead Plaintiff, as it never intended to use Plaintiff to perform the proposed services.

27. Defendant suppressed, concealed, or misrepresented these facts with the intent to induce reliance and to defraud Plaintiff.

28. Defendant misrepresented to Plaintiff that it did not have the funding to proceed with the proposal and contract.

29. However, Defendant has begun installation of services and technology consistent with the Plaintiff's proposal and the executed contract.

30. Plaintiff has not provided these services, despite repeated request, nor were they informed that a third party or the Defendant would be performing the services.

31. Upon information and belief, as discussed above and herein, Defendant fraudulently induced Plaintiff to examine the location, prepare proposal, and submit the proposal and terms in a contract that was executed by the parties in order to obtain the information contained in the proposal and contract without ever having the intention to have Plaintiffs actually provide the services or materials, which it intended and ultimately had completed directly by Defendant or

4

another third party.

32.     As a direct and proximate result of these material misrepresentations, Plaintiff has suffered harm.

33.     Absent these misrepresentations, Plaintiff would not have entered into the Agreement or incurred time and expenses related to the design proposal, estimate, and contract.

34.     Defendant thus acted under circumstances amounting to a reckless, willful, and wanton disregard of Plaintiff's rights and justify the award of punitive damages.

35.     As a proximate consequence of Defendant's actual fraud, Plaintiff has suffered damages in an amount no less than $80,000, including its time spent preparing the proposal, estimate, and contract, and anticipated profits on the executed contract, plus court costs and attorneys' fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this honorable Court:

A.  Enter judgment for Plaintiff and against Defendant with pre and post judgment interest;

B.  Award Plaintiff punitive damages in the amount of $350,000.00.

C.  Award Plaintiff its attorneys' fees and costs; and

D.  Order such further relief that this Court deems just and reasonable.

Respectfully submitted,

By Counsel:

 /s/ Zach Miller
Dirk McClanahan (DC Bar No. 1019009)
Zach Miller (DC Bar No.: 1023148).
McClanahan Powers, PLLC

5

8133 Leesburg Pike, Suite 130
Vienna, Virginia  22182
Tel: (703) 520-1326
zmiller@mcplegal.com
*Counsel for Defendants*

# C O N T R A C T

BETWEEN

## SECURESOFT TECHNOLOGIES LLC,

6495 NEW HAMPSHIRE AVENUE, SUITE B234,

HYATTSVILLE, MD 20783,

A MARYLAND COMPANY

### AND

## THE EMBASSY OF GHANA

3512 INTERNATIONAL DRIVE,

NW, WASHINGTON, DC 20008

On this date, August 14th, 2015



LIST OF DOCUMENTS

## CONTENTS



I.    Base Contract...................................................................... Contract with Signatures

II.   Addendum A.................................................................... SST Warranty Information

III.  Addendum B.................................................................... Certificate of Liability Insurance

IV.   Addendum C.................................................................... Final Submitted Proposal

V.    Addendum D.................................................................... Final Negotiated Pricing

# Contract for Services Rendered

**1.0** This is a contract (the "Agreement") entered into by SecureSoft Technologies LLC, 6495 New Hampshire Avenue, suite B234, Hyattsville, MD 20783, a Maryland Company (hereinafter referred to as "SecureSoft"), and The Embassy of Ghana, 3512 International Drive, NW, Washington, DC 20008 (hereinafter referred to as "the Embassy") on this date, August 14th, 2015. The Embassy hereby engages SecureSoft to provide services described herein under "Scope and Manner of Services." SecureSoft hereby agrees to provide the Embassy with such services in exchange for consideration described herein under "Payment for Services Rendered."

## Scope and Manner of Services

**2.0** Services to be rendered By SecureSoft are enumerated in specific detail below. Each particular service to be performed is outlined here:

**2.1** Provide a complete Network solution to include: LAN Cabling; Network Switches; Firewalls and Routers; Patch Panels; Network Equipment Cabinets; Wireless Access Points; Servers; LTO Tape Library; Operating Systems and Applications; Symantec Enterprise Antivirus; and all Labor. Completed project will be a fully integrated computer Network supporting the entire embassy and all its business functions and It requirements.

**2.2** Provide a complete Closed Circuit Television (CCTV) Security Solution to include: Network Video Recording; CCTV Camera's and Mounting; CCTV Cabling; and all required labor. Completed project will provide a comprehensive video surveillance system for the Embassy which is fully integrated into the Network Solution.

**2.3** Provide a complete redesign and build of the Embassy's public web page and portal. Completed project provides a fully interactive web site enhancing branding, business operations and public information.

**2.4** Provide development and build of an integrated web application to support Embassy business operations regarding the issuing of visa's and passports. Completed project provides customers interactive web access for visa and passport application, supports and automates the business process as it flows through the Embassy, and facilitates Embassy operations and data collection.

**2.5** Provides Peripheral Equipment to support the internal business functions of the web application.

**2.6** Provides Miscellaneous services to include: Subscription for an Audit Logging Tool; SSL Certification; and monthly hosting.

1

**2.7** The period of performance to accomplish all elements of the project identified above is approximately 90 work days from start to completion.

## Payment for Services Rendered

**3.0** The Embassy shall pay SecureSoft a total of $402,904.00 for services rendered according to the following Payment Schedule.
**3.1** Down payment prior to start of work: $160,761.00 0r 40% of total.
**3.2** 30 days after start of work: $60,435.60 or 15% of total
**3.3** 60 days after start of work: $60,435.60 or 15% of total
**3.4** 90 days after start of work: $40,290.40 or 10% of total
**3.5** 120 days after start of work: $40,290.40 or 10% of total
**3.6** 150 days after start of work: $40,690.40 10% or balance of total
**3.7** The final payment is different than payments 4 and 5 due to rounding and constitutes the balance of the total amount due.

**3.8** This payment schedule is enforceable by law, and the methods described below will be used in cases of delinquent payment. Reasonable requests by the Embassy to SecureSoft Technologies to adjust a payment date will be negotiated individually if SecureSoft is notified of the Embassies' intent 5 working days prior to the payment due date. Under no circumstances can the payment due date be slipped more than 10 days.

**3.9** SecureSoft will provide an invoice for the down payment with this contract. Invoices for all other payments will be provided no later than 20 calendar days before payment is required from the Embassy. However, failure of SecureSoft to provide invoice will not be deemed a breach of this agreement, modification to payment when due, or waiver of payment.
**3.10** Should the Embassy fail to pay SecureSoft the full amount specified in any invoice by the due date, SecureSoft will stop work on the project. If payment is late by more than one calendar day an administrative fee equal to 1% of the invoice shall be added to the amount due and interest of 8% percent per annum shall accrue from the 5th calendar day following the invoice's date.

## Warranty Information

**4.0** SecureSoft provides limited warranties for all aspects of the projects as identified in the detailed SST Warranty Information attached hereto as Addendum A and incorporated herein by reference.  The Embassy must contact SecureSoft directly regarding any warranty claims and provide detailed information regarding the claim.

## Applicable Law

**5.0** This contract shall be governed by the laws of the District of Columbia and venue shall only be proper in the District of Columbia.

## Integration and Modification

**6.0** Any changes or modifications to this Agreement shall be effective only if made in writing and executed by duly authorized officers of each party.  This Agreement constitutes the entire agreement between the parties with respect to the subject matter contained herein and supersedes all prior or contemporaneous agreements, representations, negotiations or discussions between the parties.

## Enforcement

**7.0** Should any party fail to comply with its obligations under this Agreement, or if any term or terms of this Agreement are required to be enforced or construed, the other party may seek Court relief to enforce and/or interpret the terms of this Agreement.  In the event such relief is sought, reasonable attorneys' fees, costs and expenses shall be awarded to the prevailing party.

## Severability

**8.0** The invalidity, illegality and unenforceability of any provision of this Agreement shall not in any way affect, impair, invalidate or render unenforceable this or any other provision hereof, and any such invalid, illegal or unenforceable provision shall be regarded as severed from this Agreement

## Insurance

**9.0** SecureSoft Technologies maintains liability and professional insurance in the amount of $1,000,000 each. Copies of insurance certificates are attached to this contract as Addendum B.

## Supporting Documents

**10.0** The Final submitted proposal and the final negotiated price data are attached to this contract as Addendum C and D respectively.

## Signatures

In witness of their agreement to the terms above, the parties or their authorized agents hereby affix their signatures, this 14th day of August 2015:

H.E. Lt. Gen. (Rtd) Joseph Henry Smith, CV, LM (USA)
Ghana's Ambassador to the United States of America

Ms. Amma Twum-Amoah
Minister-Head of Chancery to the Embassy of Ghana, Washington DC

Mr. Ebenezer Padi Adjirackor
Minister- Commercial, Embassy of Ghana, Washington DC

Mr. William Addai
Chief Executive Officer, SecureSoft Technologies LLC, MD

Mr. Wayne Ashcroft
Chief of Operations, SecureSoft Technologies LLC, MD.

Mr. Tony Habada
Project Officer, SecureSoft Technologies LLC, MD.

4

## ADDENDUM A

### SST Warranty Information

### Maintenance and Training Provided as Part of the Solution Cost

**1.0** All Network devices and cable run product offerings are backed by manufacturers' warranties that include hardware replacement in the event of a hardware failure and free onsite and remote support where applicable (Manufacturer warranty documentation will spell out details & SST staff engineer will work close with system engineer designate to diagnose all defects and recommend appropriate escalation procedure).

## 2.0 Warranty Breakdown:

**2.1**      Free 1 year manufacturer warranty for both hardware (Server, Switches, Firewall devices, Wireless Access Points, Print devices) & software (Firewall, Operating systems, Anti-viruses) etc.

**2.2**      All first time & second time visitation for the same incident will be free of charge and any visitation thereafter, for the same symptom will be subject to a minimum five hour charge @ $65.00

**2.3**.      All licenses required for the first year of operation are provided at no additional charge, so the system is fully operational at handoff.

**3.0 Warranty & Maintenance program:** SST staff members will use both technical and associated administrative actions to retain and maintain the integrity of the all network resources defined in this project, will use remote support, onsite visit to mitigate and or eliminate any threat that will result in network downtime. We will ensure the following:

**3.1 Preventive maintenance:** This covers 4 free quarterly site visits during which we will administer networks status review, security audit, infrastructural audit and software updates. The process will include inspections, adjustments, and regular service and planned shutdown and training services for onsite support team as while as end users. SST team members will also be on call to support the system admin if a site visit is warranted for issues not covered under warranty. However, a minimum five hour fee will be levied @ $ 65.00 an hour.

**3.2 Repair work:** The repairing of equipment and troubleshooting malfunctions in an effort to return the equipment to its previous condition. These repairs may be reactive or preventive.

5

**3.3 Training & Development:** SST will train system engineer monitoring, troubleshooting, resolving bottlenecks, bandwidth limitations, network protocol mismatches and performance issues that drains IT resources, the goal for this training is to allow onsite engineer to have the technical know-how that will alleviate the need for remote support Our goal is to compliment and act as an extension of your designated IT staff.

**3.4 Maintenance negation:** SST will request a re-visit to maintenance policy after a major breach of the contract.

**4.0 Cabling System:** This means an end-to-end solution comprising the cable, connectors, connecting hardware patch cords, patch panels, and the prevention of signal degradation from source to destination.

**4.1** The Connectivity warrants that the Products shall be free from defects in material and workmanship with respects to a period of twenty-five (25) years following the Effective Date of client's acceptance of deliverables.

**4.2** Connectivity also warrants that the Cabling System will meet or exceed the cabling system requirements for any application listed in the applicable Standard: (i) ISO/IEC 11801, or (ii) ANSI/TIA-568. All warranties shall be subject to the design, installation, operation and maintenance practices and testing practices used in ISO standards.

**5.0 Website and Application Warranty:** SST warrants the website and application to be free of any defects when it is handed over. In the event any defects in development are detected SST will fix the issue at no cost to the client. The Clients In-house personnel will be trained on the proper use of the system and what maintenance is required on a daily basis. Training will also be provided as part of the base contract to ensure the client is fully aware how to update the website and add/delete information to the site to keep it current. The client will be trained on how to ensure software updates and security patches to the application and web site programs are applied as required.

**5.1** Any changes or upgrades to the programs that are out of scope of what was delivered and accepted by the client (i.e. reprogramming or updating/changing the programs), will be done based on an hourly charge.

**5.2** Any repairs to the website and application that are required resulting from improper maintenance, use or programming by the client will be done based on an hourly charge

**6.0 Follow up:** SST representative will administer remote calls to seek updates on the status of the network solutions implemented. If need be team members will conduct site visit to carry out auditing and training session with local network administrator.

**7.0 Post-Warranty Support Plans:** Post warranty support options are available for purchase at the end of your equipment's warranty. You'll enjoy the peace of mind that comes with knowing your technology solutions are fully covered against failure and

malfunction. Depending on the Post-Warranty Support Plan selected, you will have access to free software upgrades, free hardware replacement and installation, priority response for parts and services, lower labor rates and free annual training classes for end users and or system's engineers.

**7.1 Managed service fee:** This is a monthly arranged fee of $300.00 which covers 3 visits. Any call beyond that will be charged an extended cost of $80.00. Parts cost will be determined as equipment cost plus 20% of cost

**7.2 On call service fee:** This is billed on hours spent at the site and it has a minimum five hour charged fee

**8.0 NETWORK SOLUTION TRAINING:** These are areas to be covered within the first year of the contract. The training will be administered on a quarterly basis. Designated Embassy Systems/Network Admins will receive this training on the system prior to handoff.

**8.1   Network Administration:**

- ✓  Create user account and password, expiration and or delete
- ✓  Clear understanding of onsite network topology
- ✓  Windows install and update
- ✓  Understanding basic concept of active directory formation
- ✓  Network security awareness training
- ✓  Network troubleshooting tools
- ✓  Use of sniffing tools to monitor network usage
- ✓  Cable management and patching skills
- ✓  Backup and redundancy management
- ✓  Understanding Antivirus/malware for each work station and server
- ✓  Incident Handling and Reporting Policies
- ✓  Outlook training and basic email skills
- ✓  Understanding VLAN segmentation on the Topology onsite

**8.2.  CCTV Training:**

- ✓  Monitoring daily Camera footage
- ✓  Backing and Organizing recorded footage
- ✓  Understanding recording formats
- ✓  Understanding the concept of IP based Camera configuration
- ✓  Understanding & troubleshooting possible network intermittent
- ✓  Incident report handling & Documentation

## 8.3  VoIP Phone training:

- ✓ Reset voice mail
- ✓ End user portal
- ✓ Extension vs Call Path
- ✓ Phone interface (Conferencing, hold, transfer)
- ✓ Understanding the concept of (Hosted vs On premise PBX, DOD vs DID Lines)
- ✓ Manual provisioning of phones
- ✓ Accessing VoIP portal from anywhere

## ADDENDUM B

**ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
07/03/2012

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER Jerry Barkdoll 14301 Layhill Rd #201 Silver Spring, MD 20906 | CONTACT NAME: | |
|---|---|---|
| | PHONE (A/C, No, Ext): | FAX (A/C, No): |
| | E-MAIL ADDRESS: | |
| | **INSURER(S) AFFORDING COVERAGE** | NAIC # |
| | INSURER A : State Farm Fire and Casualty Company | 25143 |
| INSURED Securesoft Technologies LLC 7339 Hanover Parkway Suite D Greenbelt, MD 20770 | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

**COVERAGES**   CERTIFICATE NUMBER:   REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** | Y | | 90 BP-X246-5 | 07/22/2012 | 07/22/2013 | EACH OCCURRENCE | $ 1,000,000 |
| | [X] COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | [ ] CLAIMS-MADE [ ] OCCUR | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | [X] POLICY [ ] PRO-JECT [ ] LOC | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | [ ] ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | [ ] UMBRELLA LIAB [ ] OCCUR | | | | | | EACH OCCURRENCE | $ |
| | [ ] EXCESS LIAB [ ] CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | [ ] DED [ ] RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | [ ] WC STATU-TORY LIMITS [ ] OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Lockheed Martin Corporation 700 N. Frederick Avenue Gaithersburg, MD 20879 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE *Jerry Barkdoll* |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)   The ACORD name and logo are registered marks of ACORD   1001486 132849.7 03-01-2012

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
08/13/2015

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | | | CONTACT NAME: | | | | |
|---|---|---|---|---|---|---|---|---|
| Hiscox Inc | | | | PHONE (A/C, No, Ext): (888) 202-3007 | | | FAX (A/C, No): | |
| 520 Madison Avenue | | | | E-MAIL ADDRESS: contact@hiscox.com | | | | |
| 32nd Floor | | | | | | | | |
| New York, NY 10022 | | | | INSURER(S) AFFORDING COVERAGE | | | | NAIC # |
| INSURED | | | | INSURER A : Hiscox Insurance Company Inc | | | | 10200 |
| Securexon Technologies, LLC | | | | INSURER B : | | | | |
| 6495 New Hampshire Ave, Ste B234 | | | | INSURER C : | | | | |
| | | | | INSURER D : | | | | |
| Hyattsville | | MD 20783 | | INSURER E : | | | | |
| | | | | INSURER F : | | | | |

| COVERAGES | | CERTIFICATE NUMBER: | | | REVISION NUMBER: | |
|---|---|---|---|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE  ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y / N | | | | | | ☐ PER STATUTE ☐ OTH- ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Professional Liability | | | UDC-1385243-EO-15 | 09/27/2015 | 09/27/2016 | Each Claim:  $ 1,000,000  Aggregate:  $ 1,000,000 | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

ACORD 25 (2014/01)

© 1988-2014 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

## ADDENDUM C

## Final Submitted Proposal

# 21ˢᵗ Century Information Technology,
## Security and Website Automation Project for the
## Embassy of Ghana



Prepared by
## SecureSoft Technologies





# 21st Century Information Technology, Security and Website Automation Project for the Embassy of Ghana

## SecureSoft Technologies
## 6495 New Hampshire, Ave #B234
## Hyattsville, MD 20783

### 1 March 2015

Authorized Negotiators:

**William Addai**
**President and CEO**
waddai@secsofttech.com
240-432-1020

**Wayne Ashcroft**
**Principal, Operations & Business Development**
washcroft@secsofttech.com
571-201-1033

## 1.0 INTRODUCTION:

The Embassy of Ghana to the United States of America has a requirement to completely upgrade its in-house Internet and Intranet IT Network to ensure it is modern, expandable and highly secure. Additionally the Embassy requires an interactive Web Portal for their website that provides users a pleasant and informative experience, and provides the ability to complete applications for visas and passports on-line.

SecureSoft Technologies (SST) has developed a comprehensive solution for the Embassy that meets all their requirements. Our solution will provide an in-house Network to facilitate and ease mission accomplishment for the Embassy staff, and provides an interactive and user friendly web portal and application to simplify and streamline their customers' application process for visas and passports.

## 2.0 SCOPE OF THE REQUIREMENT:

The scope of this project is significant. It requires the installation of a modern, in-house, secure internet and intranet capability to provide the necessary platform to overlay a sophisticated web page and portal to better serve the Embassy's customer base. Additionally, it provides CCTV and Biometric access solutions requested by the Embassy of Ghana but not specified in the Requirements Documents.  The implementation of the project will provide the Embassy the capability to fully use 21st Century information technology in its business practices, provide a solid foundation on which to increase and expend capabilities well into the future, and provide state of the art CCTV and Biometric access security technology and capability.

## 3.0 REQUIREMENTS DETERMINIATION:

## 3.1 "AS IS" CAPABILITY:

The existing in house Network is a simple Network providing just basic IT services to Embassy personnel. The Network is run entirely on Wi-Fi and connects 44 standalone work stations for internet access. None of the workstations are hard wired and there is no intranet capability to permit file sharing, communications, or online/electronic tracking and capturing of internal activities and employee metrics. There is no centralized Network IA or Cyber Security monitoring in place and so no way to effectively secure the data on the workstations or detect any intrusions or security comprises.

The current website is static and supports only English language for browsing.  There is no in-house resource employee with back-end access to make updates and

modifications to the site at the Embassy. All changes are done through requests made to the current domain host. The current website does not have any capability to include chat features, e-commerce solutions (online payment), or capturing and tracking metrics for site visitors. All maintenance and technical support for the entire system is outsourced and the Embassy has no dedicated systems administrator/help desk on-site.

## 3.2 "TO BE" CAPABILITY:

The complete technical requirements for the "to be" capability is covered in detail in the Requirements Documentation that was previously provided. Highlights of the required capabilities are discussed below:

**Network:** Cabling/Wiring of the Ghana Embassy building is needed to establish internet and intranet transactions. Network equipment including servers, switches, routers printing services and associated configurations of equipment for secure internet and intranet transaction are necessary.

**Workstations:** An upgrade of the current workstations to more modern hardware with the latest operating systems and basic office software is required.  This is primarily due to the fact that current workstations are almost certainly infected with malware and viruses that can/will compromise the security of the future network, website and automated application. Workstations that are connected to a web server and rely on the server for data files are required. Hardware and software specifications are detailed in the Requirements Document. These specifications are necessary to optimize the full potential of the new network and the website and web application. Older hardware and software will not function correctly with the newest technologies used in this proposal and will result in multiple issues and degradation od capability as users in the Embassy attempt to use the network and web portal.

**Local Servers:** The application requires a centralized repository system that stores all critical business operations files and allows easy collaboration among staff members. This repository also provides a backup to the operational database hosted remotely. This backup server will ensure protection from loss of data/work, and prevents total shut down of work in the event of technical error or physical damage to main servers hosted remotely. The back-up server will also ensure that work in queue can be continued and completed during stalled periods on the main servers.

**Website/Portal:** The following list highlights the required capabilities of the Website/Portal:

- The website will automate consular services workflow processes.
- The initial phase of the website will focus on the essential consular services as detailed below in the "Detailed Technical" section.
- Each new feature to the website will be planned as a small project, with a time line.

- All tasks and transactions on the website will be saved in a MySQL database.
- For each function on the website there will be stepwise procedures for the users regarding how they can perform requisite tasks to maintain required content.
- There will be adequate manuals, training and instructions for the editors of the web system on how they can use the system and what information they will put on the website.
- The website will be built to support the English language.
- Features of website include:
  - Chat modal integration (per hours of business operation).
  - Third-party solution (LiveHelp)
  - Shopping cart function to accept payment via Credit card/PayPal
  - Website Analytics tracking will be integrated using Google Analytics
  - Social media sharing capability on news/blog/forum pages
  - Tracking of all user activities via uniquely generated identification number for each user (general public and employees)
  - User permissions will be role-based and tied to web-application access
  - Creation of user accounts and registering group/role/audience membership
  - Administrator role will have the option to assign and revoke permissions based on need to know and duties.
  - Administrator will have user management options features such as enforcing password expiration, etc.
  - Search capabilities for website content, event in a calendar based on the text in the event, search within linked data bases and search authorization details
  - Content Management System (CMS) options for efficient maintenance and update of website information and structure
- Users will be able to access website via all modern browsers including Internet explorer 9 and up on multiple devices (Desktops, Tablets and Cell phones) without any noticeable difference
- There will be a good policy and guidelines (Standard Operating Procedures - SOP's) to make sure that permission are only granted to the right people.


**Remote web server features:** Specifications for the remote web servers are laid out in the requirements document. However, the remote web servers must have the following capability:

- Server running Linux
- Managed service level which includes 1-Hour Hardware Replacement, and 100% Network Uptime Guarantees.
- Dedicated Cisco® ASA firewall.
- Managed backup with onsite retention. Backup done daily
- Hardware monitoring, availability monitoring, and file system monitoring.
- 500GB - 1TB of outgoing bandwidth per dedicated server.

4

**SecureSoft Technologies, 6485 New Hampshire Ave, B234, Hyattsville MD**

**Email Server:** An email server will be hosted on a virtual server using Hosted Exchange. This is primarily done for IA/Security reasons.

**Cyber Security and Compliance:** Managed security is required and requires implementing IT security infrastructure (anti-virus, intrusion detection, audit logging, encryption software/appliance), safeguarding processes (incident handling and reporting policies, vulnerability management and patching policies, risk management policies), system and network administrator configurations and monitoring. Available intrusion detection and log management tools must be used to protect and secure large quantities of personal information used to process visa and passport applications and payment information.

**Peripherals:** Required peripherals are as follows:
- Business-grade laser document printers
- Business grade label printers
- Barcode printer and scanners
- Document scanners
- Uninterruptible Power Supply (UPS) for file server

**CCTV and Biometric security capability:** The Embassy of Ghana requested this proposal address CCTV and Biometric access security solutions for the Embassy even though they were not specifically addressed in the requirements Document.

## 3.3 BRIDGING THE CAPABILITY GAP

In developing a solution for the Embassy of Ghana IT requirements SST has conducted a gap analysis. When the "as is" state is known and the "to be" state has been identified, analysis is conducted which compares the two states. This analysis establishes capability gaps between what exists today and what is required. The solution is then determined by identifying the best way to bridge those capability gaps. Possible solutions can run the whole spectrum from hardware and software upgrades, to simply providing new training if hardware and software in place is sufficient. In many cases, this being one of them, the new requirements are unsupportable by the current infrastructure and capability and must be developed virtually from the ground up.

## 4.0 TECHNICAL APPROACH

## 4.1 OVERALL TECHNICAL SOLUTION

### 4.1.1 Overall Network Solution:

Based on the requirements of the network infrastructural installation project, Category 6E bulk cables will be used to run horizontal cables. The data points shall be unshielded twisted pair specified as Category 6E by the ANSI/TIA/EIA-568B standard. Category 6 compliant patch panels will be used with labeling done using both color-coded and number-based methods for easy identification and maintenance.

Wall points, patch panels and switches will be laid out and labeled by using identical numbers and letters for easy maintenance and troubleshooting. Colored cable codes will be used to differentiate end points and uplinks. (See network Diagram attached)

Gigabit (1000Mbps) network switches will be installed with additional extra ports for future expansion. Network switches will also support features for future implementation of QoS, Voice VLANS, etc.

Based on the proposed topology, SST will use modern network configuration technologies to implement VLAN segmentation to efficiently manage, secure and the network physical and virtual resources.

We will segment the network using virtual LAN technology to separate voice and data traffic. This technology will help improve quality of voice communications and enhance data transfer speed. Additional VLANs will be created to isolate guest access via wireless and cable links. This will prevent users with guest privileges from accessing any corporate information when connected to the network.

We will install and configure **Fortinet FortiGate-100D** Security Appliance firewall that will serve as both router and perimeter firewall. These devices have robust firewall features which include Dual WAN connectivity with fail-over, a separate DMZ link, IPsec VPN, instant packet inspection, Intrusion detection, web filtering, DHCP, etc.

Benefits:

- Allows for secure VPN connections to be established between the Ghana Embassy and other Ghana Embassy locations around the world. These connections will create a virtual interface for secure data transfer and information sharing, and free and secure voice communications.
- Prevents and reports unwanted connections or attacks from unauthorized external sources.
- Tracks and reports suspicious network activities within the corporate network.
- Provide communication and emails and easy navigation amongst authorized users.

SecureSoft Technologies, 6485 New Hampshire Ave, B234, Hyattsville MD

In addition to restricting client computers and the creation of user and group accounts, centralized security policies will be configured to allow for a streamlined and uniform security policy management across the infrastructure.

Active Directory Organizational units will be created to group client computers and user accounts for a granular assignment of network policies.

Group Policy implementation will provide the following benefits and more:

- Define and enforce user account and password strengths and expiration for users.
- Define and enforce widows firewall state on all client computers.
- Define and enforce desktop backgrounds, uniformity of systems, and allowed software to be installed on client computers.
- Define and enforce logon duration, time-of-day, and general controls for different groups of users and computers.
- Centralization of Software installation, upgrade and maintenance on client computers and for different users on the network.

**4.1.2 Network Solution Architecture:** The charts below provide the solution architecture for the network physical topology, CCTV Solution and Biometric Solution.



**Figure 1: Network Topology**

## Network Topology

Category 6E bulk cables are used to run horizontal cables from the Basement closet Main Distribution Frame (MDF) to the Upper floor closets Intermediate Distribution Frame (IDF). Cable run to the closets will be used to expand the network to the designated locations.

The Internet Service (ISP) Provider will supply us with a Public IP address NAT'ed for private internal IP distribution. The Network will be scalable for future expansion, backup redundancy mechanisms will be implemented for availability. Security measures will be implemented to adhere to Confidentiality, Integrity and Availability. Network traffic will flow through wired and wireless network infrastructures to facilitate maximizing user experience and improving collaboration, high performance and reliability.

### Proposed Biometric Access Control/Fingerprint Diagram



Figure 2: Biometric Access Control:

SecureSoft Technologies, 6485 New Hampshire Ave, B234, Hyattsville MD

## Biometric Access Control

Access control is a vital component to crime prevention mechanisms. We recommend the implementation of Finger Print access control systems to all critical entrances to the Embassy Building.

The Access control devices will work with access cards, pin codes or finger prints to open doors. Each entry will be logged in a secure database for auditing purposes. A 700 pound magnetic rod will be installed to the doors, which will be controlled by the Finger Print device. With the Finger Print device, you can also define who should be allowed entry and when (day, hour, etc.). All of these can be managed centrally.



**Figure 3: CCTV Solution Architecture**

## CCTV Solution Architecture

The project requires the supply of power supplies for each camera. We have layer 3 Switches with Power Over Internet (PoE) capability, this provides power to networked

9

cameras alleviating the use of Embassy Power infrastructure for all network devices. This will considerably reduce costs and help streamline and regulate power usage on the entire network.

Our selected CCTV cameras are going to be Tamper-proof IP cameras Dome type. The cable runs are also hidden in galvanized conduit pipes to prevent tampering.

The cameras provide high resolution images and have the ability to view in Pitch darkness. Have PTZ capability to view images at 360 degrees, They will support motion detection recording to provide effective movement recording that will save recording space and reviewing time.

**4.1.3 Overall Website Solution:** Based on the requirements of the online automation project, the underlying Content Management System (CMS) will be Wordpress and Drupal. Both are powerful open source content management systems that SST frequently uses as a basis for the innovative websites that we build. They have a very flexible and powerful set of capabilities for supporting a wide variety of content, with engaging and dynamic page displays, complex content relationships, visitor engagement, and secure access control. The solution will allow for administrative users of the site to easily update page content using a simple word processing style interface, without requiring knowledge of advanced web code.

SST will provide professional development and support services, including custom module development.  SST has used Wordpress and Drupal content management system and framework to power a diverse set of sites including community web portals, news aggregation sites, corporate websites, intranet applications, blogs, multimedia sites, and social networking sites.

This proposed solution will allow the Embassy of Ghana consular services to easily manage applications and efficiently communicate to the public. This solution will also:

- Provide communication and emails and easy navigation
- Offer information on application processes specific to users and stakeholders
- Create informative interactive elements, chat and live help and live streaming feed
- Increase customer/applicant convenience (submit applications online, view status of applications, online access to Ghana Embassy Newsletters and News releases, online payments for applications)
- Broaden exposure with increased Internet marketing integrated website analysis using google analytics.
- Promote the exchange of information and sharing of ideas in a secure and accessible environment

10

The website will be built using HTML / CSS / JavaScript and PHP Programming and converting the site design into search engine friendly and standards Compliant HTML / CSS, as well as any JavaScript required for animations, hover effects, drop-downs, etc. The solution will be responsive to all platforms i.e. Desktop and mobile.

**Hosting, Email and Domain:** The website will be hosted on a secure cloud service with the installation of Linux. Email service will hosted in the cloud to enable access across all devices. In regards to the domain name, we will be using the current domain name http://www.ghanaembassy.org/ and have the DNS servers updated to point to the new cloud server.

**4.1.4 SOLUTION ARCHITECTURE:** The chart below provides the solution architecture for the website/portal solution, and the   discussion explains the major functions within the architecture



Figure 4: Website/Portal Architecture: The diagram displays the structure of the website and the flow from user/client communication to the data capture into the database.

## User Command

All user (Ghana embassy staff, general public and other stakeholders) interaction and activities on the website either via Desktop, tablet or any mobile device is captured here. The user command is sent to the website hosted on the cloud service.

## Compute

Here the website interprets the commands, convert it into digital signals which determine where to send a query request to the database or not. Most user activity will result in a query being sent, but in the cases where information is readily available on the front end, there wouldn't be the need to ping the database. For example, viewing the website logo on a static page.

## Data Services

**Business Analytics:** When the database is pinged, there is a dynamically created database report that is stored. This information can be used to determine basic website analytics. This section also stores information about the kind of query made and how many rows or data was requested and how many were returned and can be exported to readable format when needed.

**Data Management:** This is also sits on the MySQL server and handles database schema and database table relationships. The database management system receives the query request from the user's command and processes this information. This information is stored and sent back to website for conversion.

## Data Storage

This is the physical location in the cloud where the database is stored.

## App services

Here there are different tools to enhance the performance on the website. The Caching tool will be used to store specific information in memory so that it's readily available upon request. The will ultimately reduce the number of database queries that will be made to the database server, hence increasing the website speed. The content delivery network (CDN) is an optional service in the event we have too many extremely large files (e.g. images/pdf); the CDN will be used to store these files. This reduces the number of calls to the cloud service to enhance performance.

The Storage servers will run backup scripts to save a fresh copy of the database at a set time.

12

## Presentation

The users requested information is sent back to the website and is converted into html for viewing via a secure socket layer certificate.

## 4.2 DETAILED TECHNICAL SOLUTION:

### 4.2.1 Network Solution:

The operating systems and applications will be configured with a Microsoft Windows server 2012 release 2 Enterprise. A detailed breakdown of the solution provided is as follows:

## IP Addressing

Windows DHCP will be used to simplify IP addressing for Client computers (both wired and wireless). A DHCP assigned IP range will be created enough to support wired and wireless clients with very short lease periods.  Embassy network will be isolated from the guest wireless solution. The network will be scalable and backed up on secured remote platform agreed upon and approved by Embassy staff.

A selected range will be carved out of the IP address to be excluded so that they can be statically assigned to servers, printers, Wireless Access Points, and other network devices such as Camera, Digital Signage's etc.

## User Accounts and Client Computers Setup

All client computers (desktops and laptops) will be setup so they can be centrally managed by the domain server. This will allow for streamlined deployment and central control of company IT policies, network protection systems, anti-malware prevention systems and companywide IT services.

Users will be setup with a Ghana Embassy assigned username that will be used for login and use of Ghana Embassy resources (computers, printers and the network). Departmental and functional groups will be created within the Ghana Embassy to categorize users and IT resources for security purposes.

## Secured Domain Group Policy Infrastructure

In addition to restricting client computers and the creation of user and group accounts, centralized security policies will be configured to allow for a streamlined and uniform security policy management across the infrastructure.

Active Directory Organizational units will be created to group client computers and user accounts for a granular assignment of network policies.

Group Policy implementation will provide the following benefits and more:

- Define and enforce user account and password strengths and expiration for Staff, clients, and guests.
- Define and enforce widows firewall state on all client computers.
- Define and enforce desktop backgrounds, uniformity of systems, and approved software to be installed on client computers.
- Define and enforce logon duration, time-of-day, and general controls for different groups of users and computers.
- Centralization of Software installation, upgrade and maintenance on client computers and for different users on the network.

## Network Files and Folders Setup

We will create network shared folder locations for various departments and functional areas to be used for data storage and retrieval. These locations will be protected with granular NTFS security permissions using departmental groups and user accounts we created as described above.

## Printers Setup

We will install and configure network printers so users can share printing resources on the network. Printers will be configured with permissions as instructed by the Ghana Embassy.

## Symantec Endpoint Protection - Centralized anti-malware

Symantec Endpoint Protection provides a single, integrated security solution that protects against the sophisticated attacks that evade traditional security measures.

Symantec Endpoint Protection proactively secures endpoints against known and unknown threats by combining antivirus technology with advanced threat prevention.

In a single unit, managed from a single management console, it contains the following essential security technologies:

- Antivirus and antispyware
- Desktop firewall
- Intrusion prevention system (IPS)
- Application control and device control

14

Mainly it offers proven world-class protection in a single package to reduce overhead, time, and costs. The embassy can efficiently manage security and gain the confidence that their assets and business are protected.

Symantec Endpoint Protection offers the following benefits:

- Provides better protection at the client level.
- Simplifies the management.
- Reduces the support costs.

### Wireless network

### Creating roaming Wireless Network for Staff and Guests

We will Install wireless Access Points on each floor to facilitate wireless roaming network connectivity within the embassy. The Installed wireless devices will support high bandwidth (wireless AC standard) with enterprise features like guest network access, wireless roaming and high security with AES.

We will create separate wireless networks (SSIDS) for embassy use and for guests. Guest wireless network can only have access to the internet and nothing else. All traffic on the wireless network for embassy and guest use will be tracked and recorded on the main firewall for auditing purposes.

**4.2.2 WEB APPLICATION SOLUTION:** the details of the web application solution are detailed in the figure below with follow-on description of each element of the solution:

### Front-end Website Structure

**Home Page:** The home page would consist of some general introductory information about the Ghana Embassy mission enhanced with the site design, graphics, and photographs. This page as all others will include a footer navigation menu. Basic contact information will be included in the home page with intuitive links to the other five major sections – the back-end is not visible or available to the public visitor. The home page will also display a carousel of both images and videos

**Embassy Section:** The Embassy section of the front-end will be the hub to access all consular services. It contains information about the embassy and other consular resources. It will also have a chat room used for on-line feedback. Other suggestions and feedback can also be sent to the embassy here.

**Visa & Consular affairs:** This area contains information about Visa and Passport applications, pay for services and other related services. This section will act as a hub for publicly shared documents for viewing or downloading.

15

Figure 5: Web Application Solution



SecureSoft Technologies, 6485 New Hampshire Ave, B234, Hyattsville MD

**Press & Public relations:** All link and documents related to press and public correspondence.

**Ghana at a glance:** All information about Ghana and all other current information related to the Ghanaian economy.

**Contact us:** Consulate location and contact information will be displayed here including google map integration. This section will also have the chat feature enabled.

## Back-end Website Structure

**CMS Admin:** The CMS is the back-end access to the website. Available only through secure login, this is a place where staff would manage the portal. Through this application, the staff/admin user will be able to authorize and deploy new pages, news, events and forums, receive and approve applications and registrations, develop and publish resource materials, create and manage users who will access the website, and generally manage the site structure.

**Site Database:** All information submitted and received goes through a database housed on the same server that serves the website. By employing the Embassy's database (MySQL Server), the site is constantly dynamic, changing by the moment as the staff interacts with the community. A variety of data facilities will also be made available through the back-end to allow the Server operation system to compact and repair the database from time to time and to manage the database itself. A backup of the database will be made once a day.

**Tracking and Generating usage reports**
Determine which areas of the site are visited most often, how long people stay on each page, how many different pages they look at, how many hits and unique hits occur daily, weekly or monthly using Google Analytics.

**Website Navigation**
The front-end design of the website will be easily applied to the entire site and will assist in the overall navigation and usability of the site.  The page design will incorporate a consistent set of navigational tools, menu bars and quick links for accessing the different parts of the site quickly.  SST follows a "Two Click" rule in the development of websites. This rule allows a visitor to generally get anywhere in the site, from anywhere, with just two clicks of the mouse.

Secure back-end access will be accomplished through a login process. All pages within the secure area will be locked for authorized usage. Three levels of access are defined

17

for this purpose; Level 0 - secure client access to data made available to public; Level 1 – secure access for clerical entry of statistical entry etc.; and Level 2 – secure access for Administrative purposes including security and approval of candidates/application entries on the website.

**Special Features:**

1. A date stamp on every page created with JavaScript and implemented to emphasize that the site is current and contains regularly updated content.

2. A Dynamic Site Map will help direct each visitor to specific information.  The site map will be designed with a graphic interface that contains illustrations to represent each of the features.

3. A feedback form for users to submit their email address to suggest improvements or requests for additional data.

4. CMS tools for uploading images or documents to the site. This product allows staff members or other stakeholders to install documents, videos, sound files, etc. to the website and associate it with a link visible to site visitors.

5. Back end data-entry system to allow staff to securely update information to the database and website.

6. Three levels of security for data entry or for managing and sharing information through the website.  **Level 0** accesses identifies information available to the general public by public subscription, **level 1** will refer to clerical access to back-end data entry, and **level 2** will be administrative access to the data entry system.

7. An application that will allow staff to deploy discussion forums on the fly in any data-based section of the website.

**Development Details:**

- Enhanced graphics to represent each of the main sections, possibly incorporating photographs/illustrations.
- JavaScript Date inserts.
- Data driven content in all sections.
- Back-end management for data entry to all sections.
- Contact form, Registries and all relevant e-mail links.

18

**Cyber Security:** To adequately protect on-site desktops/workstations, servers and ultimately the website, the following will be acquired and properly configured:

Hardware/Software:

- Comprehensive Antivirus/malware for each work station and server
- Firewall
- Intrusion detection and prevention system
- Audit-logging tool that allows evaluation of audit logs
- Encryption software/appliance (for stored data)

Safeguarding Processes:

- Incident Handling and Reporting Policies
- Annual Employee Training Policies
- Vulnerability Management and Patching Policies
- Risk Management Policies

In-house Personnel:

- System/Application Administrator
  - Implement Secure Configuration of servers and workstations
  - Reviews periodic recommended patches, test and apply periodic (weekly) system security patches
  - Conduct periodic reviews of audit logs

- Network Administrator
  - Implement secure configuration of firewall and network appliances
  - Reviews periodic recommended patches, test and apply periodic (weekly) network security patches
  - Review and respond to intrusion detection alerts

- Database Administrator
  - Implement secure configuration of MySQL Database
  - Reviews periodic recommended patches, test and apply periodic (weekly) database security patches
  - Review and respond to configuration change alerts

Upon acquisition of hardware/Software, SST will work with in-house System and Network Administrators to properly configure firewall, antivirus tool, intrusion detection and prevention system, audit-logging and any in-house special encryption software.

19

SST will create the following policy documents for safeguarding the Ghana Embassy IT infrastructure and assets:

- Incident Handling and Reporting Policies
- Annual Employee Training Policies
- Vulnerability Management and Patching Policies
- Risk Management Policies

## 4.3 OPTIONAL CAPABILITY REDUCTIONS:

### 4.3.1 Option 1

An optimal solution allows constant replication of the remotely hosted database on the cloud to the on-site database. This ensures constant access to the updated database locally. In a situation where internet access is not available, the Embassy would still be able to process applications that were replicated to the on-site database up to when the local site lost internet access. This option, which requires a dedicated switch and line bandwidth capable of a T1 (1.5Mbps) throughput between the cloud host and local site can be extremely expensive. It can easily add $500K to the overall cost of the proposed solution.

### 4.3.2 Option 2

To reduce cost, SST highly recommends a solution that will maintain the local database as a warm back-up site. The remote host database will be backed up on tape daily and shipped to the local site to be restored on local database. In this option, the Ghana Embassy will still have access to the remote database locally; the only difference is that the locally hosted data will always be 2-3 days behind the remotely hosted database. This option will drastically reduce the cost of the solution while allowing local access to virtually all remotely hosted data at any time. Given that outages and loss of connectivity with the cloud will be rare this presents a low risk cost effective solution. This solution is the one costed for our proposal.

## 4.4 IMPLEMENTATION

### 4.4.1 Implementation Phases

**Network Implementation:** The network solution for the Embassy of Ghana is executed in Phases. Phase 1 will cover network cabling and network configuration to be with an estimated timeline of 21 days. The network solution will permit integration of CCTV, access control systems, digital signage and other audio visual setups and

implementations such as web casting and video conferencing. The implementation of the total network solution will be broken down into three phases over an estimated timeline of 35 days for activities under network cabling, network configuration, and CCTV and access control.

**Network- Phase 1:**

Phase-1 will take an estimated 21 days and cover Network Cabling and Network Configuration.

Activities will be technical site survey and assessment, cable run, cable termination and cable management. Other activities will include network configuration, configuration of servers, switches, WPAs and printers, VoIP and account set up, user acceptance test and testing.

Phase-1 activities

- The embassy will grant access for a detailed technical site survey and assessment by cable engineer and project lead.
- Deliverable: Detailed map orientation of the existing building cable infrastructure.
- Cable Engineer begins cable run.
- Deliverable: Installation of rack in the main distribution frame (MDF)
- Deliverable: Punch down the patch panel and run cables from the MDF closet to the four different distribution frames (IDFs) on the various floors.
- Deliverable: Running of cables in the offices as spelt out in the requirement.
- Cable Engineer begins cable termination and testing.
- Cable Engineer starts cable management.
- Deliverable: Labeling of patch panels between the MDF and IDF.
- Deliverable: End to end connectivity test.
- The Network Engineer will require from the Embassy a list of network users information.
- The Network Engineer will request from the embassy the selection of ISP to supply network public address, IP pool, subnet range.
- Deliverable: ISP to drop and activate sockets on the DMARC/POP (point of presence)
- Deliverable: Handshake between ISP and Network Engineer.
- Network Engineer begins configuration of servers, switches and firewall.
- Network Engineer begins configuration of VLANs, wireless access points and servers.
- Network Engineer begins configuration of user account roles, and policies.
- Network Engineer begins configuration and installation of printers, and VOIP phones.

21

**SecureSoft Technologies, 6485 New Hampshire Ave, B234, Hyattsville MD**

- Network Engineer to verify and validate successful configuration of both wired and wireless network configuration.
- Network Engineer to verify and validate full coverage of the network parameters within the Embassy building.
- Deliverable: Presentation of the network topology documentation to the Embassy.
- Deliverable: Presentation of cable run diagram and labeling documentation.
- Deliverable: Presentation of user account information.
- Deliverable: Presentation of manufacturer warranty information.
- Deliverable: Presentation of network support warranty information.
- Administration of user test validation and acceptance training.
- Deliverable: Acceptance of deliverables and signature by the embassy.

## Network Phase 2:

Phase-2 will take an estimated nine days and will cover CCTV.

Activities will be CCTV solutions configuration and installation, cable run, cable termination and cable management, setup and client enrollment, user acceptance test and testing.

## Network Phase 3:

Phase-3 will take an estimated seven days and will cover access control.

Activities will be cable run, cable termination, cable management, system configuration and client provisioning, policy and account setup, user acceptance test and training.


## Website Implementation

The Website solution for the Embassy of Ghana will be executed in three phases. Phase 1 will cover concept development, design and development of website an estimated timeline of 42 days. Phase 2 will cover three levels of testing; functional testing (developer testing), client- acceptance testing and finally an Initial Operational Capability testing where a select number of users (25 -50 applicants and consular service staff) test all the requirements of the website. Test Users will fill out surveys after completing every major activity area.  This Phase will also include training for Consular Service staff and resolution of all issues or problem discovered during testing. The estimated timeline of Phase 2 is 37 days.  Phase 3 covers all hardware/software on-site configurations including cyber security, creation and delivery of cyber security policies such as Vulnerability Management and Risk Management Policies, delivery of

22

technical installation manuals and Go-Live activities.  The estimated timeline of Phase 3 is 11 days.  Overall, the expected implementation timeline for the website is approximately 90 days.

**Website Phase 1:**

- The developer requested a list of all required content to be provided by the Embassy.
    - Deliverable: A complete list of required content. The requested content are as follows:
        - Access to the current domain name host account.
        - Existing and future Images, videos, body copy, and icons.
        - All current social media account links

- Developer begins design development.
- Developer presents Phase 1 designs for review.
    - Deliverable: The Ghana embassy provides any relevant graphics and content.
    - Deliverable: All website content including relevant pictures, text, contacts, etc.
- Developer develops the website.  During this time there will be deliverables for development and periodic sign-off by the Ghana embassy.
- Deliverable: complete website and approval to begin testing

**Website Phase 2 – Testing:**

- Phase 2 activities
- Developer Functional Testing
    - Developer will test all aspects of the project, including Quality Assurance testing for functionality based on requirements, spelling and grammatical errors, consistency of graphics, and technical specifications
    - Resolution of all functional testing issues/problems
    - Training of Ghana Embassy Employees
- Client acceptance testing
    - Client receives functionally tested website for operational testing; SST will present test scenarios to test each requirement at the Ghana Embassy facility.  Ghana Embassy consular personnel will execute scenarios, record all results and document all problems or issues. Duration of activity will be a week.

SST will resolve all problems resulting from acceptance testing; during this time, the Ghana Embassy may request some revisions and tweaking as well.

23

- Launch of initial operational capability (2 Weeks)

Ghana Embassy will open the website to select group of prospective customers/applicants.  This will allow all stakeholders to answer the question whether the solution is effective, suitable and secure.

- Deliverable: Effective, Suitable and secure solution/website as envisioned by Ghana Embassy.

**Website Phase 3 - Launch and Phase Out:**

- Ensuring Implementation of In-house Cyber security; this comprises of configuration of cybersecurity tools in-house and delivery of cybersecurity policy documentation
- SST will present in-house server administration technical installation and operations manual to the Ghana Embassy IT office. The manual will detail server operating system, webserver and database server configurations and operations.
- SST will Switch domain DNS and set up ftp access. The website will be posted live on the server and any final testing and tweaking will be completed.  The project will be signed off by The Ghana embassy.

**4.4.2 Implementation Timelines:**

**See Annexes B and Annex C for the implementation timelines**

**4.5 TRAINING AND MAINTENANCE**

**Training:** A Training manual will be presented for training consular services personnel. This manual will contain instructions on how to edit the site as Level 1 and level 2 users. A training session will be held onsite after launch for duration of 1-2 days.

**Maintenance: Contractor Maintenance.** Maintenance will be required as an on-going part of operating the entire Network and website application. Network and database administration personnel will be required to perform daily maintenance and security/software updates on a regular basis to keep the system performing at optimal levels. The system network and database administrators must be dedicated on-site personnel. The role and duties of the administrators will be as follows:

System/Application Administrator
- Implement Secure Configuration of servers and workstations

24

- Reviews periodic recommended patches, test and apply periodic (weekly) system security patches
- Conduct periodic reviews of audit logs

Network Administrator

- Implement secure configuration of firewall and network appliances.
- Reviews periodic recommended patches, test and apply periodic (weekly) network security patches.
- Review and respond to intrusion detection alerts

These personnel can be direct employees of the Embassy if it desires. Alternatively, SST can provide these services long term if the Embassy believes that it is in its interests to outsource the function.

## 5.0 MANAGEMENT APPROACH:

## 5.1 MANAGEMENT OF THE PROJECT:

SST uses a hand-on management approach to ensure its projects are completed on time and within budget. A dedicated Program Manager (PM) is assigned who has overall responsibility for all aspects of the program from start to finish. The PM coordinates directly with the client on all contractual matters, and interfaces with technical leads and SME's to ensure they are maintaining schedules and meeting and exceeding the client's requirements. The PM oversees risk management and the quality control program and ensures complete customer satisfaction. SST has selected Mr. Wayne Ashcroft, their Principal for Operations, as the PM for this program. Mr. Ashcroft has over 35 years of professional business and leadership experience and is well suited to manage all the complex pieces of this program and ensure its success.

## 5.2 RISK MANAGEMENT:

The acquisition lifecycle of most IT projects goes through the following phases: requirements gathering and analysis, system design, system development, system testing and operations and maintenance.  For each phase of this project, SST will identify any risks that could prevent the solution from meeting the agreed upon requirements.  For instance, during requirements and analysis phase, SST identified items that are needed from the client when SST begins the system development phase. These items included existing current and future media (images, videos and icons) as well as access to the current domain host account.  SST will identify all risks and present mitigations client well-before the risks can be realized.  Risks are generally identified by analysis of the requirements and solution/system data of a particular acquisition phase.  For instance during the system testing phase, the system/solution

will be subjected to functional testing, performance testing, load testing, security testing and acceptance testing.  The analysis of the data resulting from each test activity will identify risks associated with meeting the requirements.  SST will devise and implement a mitigation strategy for each risk identified in consultation with the Client.

**5.3 QUALITY CONTROL:** SST will ensure each requirement is tracked to determine the status of each requirement and whether each requirement has been fully met. SST will identify risk of meeting each requirement and implement mitigations for requirements that are at risk.  Methods of identifying risks will be analysis of test or validated data, ensuring competent personnel with the required skills, experience, qualifications and knowledge are hired and use of client acceptance testing to determine level of client satisfaction with the final product.

## 5.4 WARRANTIES

SST will provide the client a complete list of all equipment under warranty and all necessary information concerning the warranties in the event they are need in the future.

There is one year manufacturer warranty on the following hardware:

- Desktop/Workstations
- Monitors
- Servers

For Software:  Purchased Licenses provides maintenance per subscription


## 6.0 FEATURES AND BENEFITS:

The following chart highlights the primary features and benefits of our complete technical solution.

| Solution Feature | Benefit |
|---|---|
| **Website Implementation** ||
| Tracking of all user activities via uniquely generated identification number for each user (general public and employees) | Allows the option to obtain historical data on all users (applicants and employees) |
| Audit logging | Allows tracking of all activities on system for investigations in case of incidents |
| User permissions are role-based and tied to web-application access | Allows Secure access controls |
| Administrator role will have the option to assign and revoke permissions based on need to know and duties | Allows Secure access controls |

26

| | |
|---|---|
| Administrator user management options | Allows management of users by limiting what user can do system |
| Search capabilities for website content, event in a calendar based on text in event, search within linked data bases and search authorization details | Allows easy, quick access to data |
| Content Management System (CMS) options | Allows easy and efficient maintenance and update of website information and structure; allows staff members or other authorized stakeholders to install documents, videos, sound files, etc. to the website and associate it with a link visible to site visitors. |
| Chat modal integration | Allows online live help to customers |
| Shopping cart function to accept payment via Credit card/PayPal | Allows online payment convenience for both applicants and Ghana Embassy |
| Website Analytics tracking | Allows analysis of visitor traffic and paint a complete picture of customer needs to help improve service |
| Provide clear online message and easy navigation | Enhanced user experience |
| Social media sharing capability on news/blog/forum pages | Allows staff to deploy discussion forums on the fly in any data-based section of the website |
| A date stamp on every page | Allows tracking of data based on sequence of events |
| A Dynamic Site Map | Allows easy and quick navigation; allows each visitor/user to access specific information in convenient and timely fashion |
| A feedback form | Allow users to suggest improvements or requests for additional data and submit their email address |
| Back end data-entry system | Allow staff to securely update information to the database and website |
| Safeguarding Processes | Allows the proven methods of securely implementing solution |
| Network Implementation | |
| VLAN segmentation to efficiently manage, secure and the network physical and virtual resources | Improves quality of voice communications and enhance data transfer speed |
| Additional VLANs will be created to isolate guest access via wireless and cable links. | Prevents users with guest privileges from accessing any Embassy information when connected to the network |
| Security Appliance firewall that will serve as both router and perimeter firewall. | Instant packet inspection, Intrusion detection, web filtering, DHCP, etc. |
| | Allows for secure VPN connections to be established between the Ghana Embassy and other Ghana Embassy locations around the world. |
| | Prevents and reports unwanted connections or attacks from unauthorized external sources. |
| | Tracks and reports suspicious network activities within the embassy network. |
| | Provide communication and emails and easy navigation amongst authorized users. |

| Centralized security policies will be configured | Allows for a streamlined and uniform security policy management across the infrastructure |
|---|---|
| Active Directory Organizational units | Group client computers and user accounts for a granular assignment of network policies |
| Group Policy implementation | Define and enforce user account and password strengths and expiration for users and guests |
| | Define and enforce logon duration, time-of-day, and general controls for different groups of users and computers. |
| | Centralization of Software installation, upgrade and maintenance on client computers and for different users on the network |
| Network shared folder locations for various departments and functional areas | Data storage and retrieval |
| Configure network printers | Users can share printing resources on the network |
| | Protects against the sophisticated attacks that evade traditional security measures. |
| Single, integrated security solution | Protection that proactively secures endpoints against known and unknown threats by combining antivirus technology with advanced threat prevention. |
| | Provides better protection at the client level. |
| | Simplifies the management. |
| | Reduces the support costs. |
| CCTV | Evidential security measure and deterrent. |
| Soft key and biometric access controls | Unique identifier and allows only authorized personnel to gain access |

Figure 6: Features and Benefits of the SST Technical Solution

## 7.0 SUMMARY

SST has provided a complete solution that meets and exceeds all of the Embassy of Ghana's requirements. Our solution provides 21st Century infrastructure that will significantly upgrade the Information Technology, Security and Business processes of the Embassy. Our solution provides an enhanced, fully modern infrastructure that will provide a robust platform for future expansion, adapt easily to new developing technologies, and ensure the Embassy can achieve its mission well into the future.

**ANNEX A: Cost and Pricing**

**ANNEX B: Network Solution Timeline**

**ANNEX C: Website/Application Solution Timeline**

**ANNEC D: Equipment**

## ANNEX A: COST AND PRICING

1.0  Costing has been broken out between the two primary pieces of this proposal effort, The attached sheets show the costing for the entire Network, CCTV, & Biometrics effort on one sheet. The other sheet shows the costing for the Website and Web application development, as well as other miscellaneous costs. For example the sheet shows the cost for 50 complete workstations and monitors should the Embassy wish to obtain them as part of this effort.

2.0 Total costing for the entire project if all elements are purchased as proposed is as follows:

| | |
|---|---|
| **Network, CCTV & Biometric Solution:** | **$297,811.00** |
| **Website and Web Application Solution:** | **$199,204.00** |
| **Peripherals:** | **$5,580.00** |
| **Workstations and Monitors:** | **$60,000.00** |
| **Miscellaneous Costs:** | **$3,000.00** |
| **TOTAL COST:** | **$565,595.00** |

3.0 Costs in this proposal are valid for 45 days from receipt of the proposal. SST is open to negotiations with the Embassy of Ghana to refine this proposal and find cost reductions and tradeoffs if they are necessary. Payment terms will be negotiated once the contract is awarded.

29

**ANNEX B: NETWORK, CCTV & BIOMETRICS TIMELINE**

| NETWORK, CCTV & BIOMETRICS Phases | Role | Duration (Hrs.) | Timeline (Days) |
|---|---|---|---|
| **PHASE 1** | | | |
| NETWORK CABLING | | | Day 0 |
| Technical site survey & assessment | Cable Engineer/project lead | 24 | |
| Cable run, termination & management | Cable Engineer /Project lead | 120 | |
| | | | Day 15 |
| | | | |
| Network Configuration | | | |
| Network configuration, server, switches, WPAs & Printers | Network Engineer/Project lead/Tech | 48 | |
| Network configuration, VoIP & Account setup | Network Engineer/Project lead/Tech | 42 | |
| User Acceptance Test & training | Network Engineer/Project lead | 8 | |
| | | | Day 21 |
| | | | |
| **PHASE 2** | | | |
| CCTV | | | |
| CCTV Solutions configuration & Installation | Network Engineer/Project lead/Tech | 56 | |
| Cable run, termination & management | Cable Engineer /Project lead | 48 | |
| Setup and client enrollment, User Acceptance Test & training | Network Engineer/Project lead | 44 | |
| | | | Day 28 |
| | | | |

**SecureSoft Technologies, 6485 New Hampshire Ave, B234, Hyattsville MD**

| PHASE 3 | | | |
|---|---|---|---|
| ACCESS CONTROL | | | |
| Cable run, termination & management | Cable Engineer /Project lead | 40 | |
| System configuration & client provisioning | Network Engineer/Project lead/Tech | 56 | |
| Policy & account setup | network Engineer/Tech | 32 | |
| User Acceptance Test & training | Cable Engineer /Project lead | 8 | |
| | | | Day 35 |
| | | | |

31

## ANNEX C: WEBSITE/APPLICATION TIMELINE

| WEBSITE/APPLICATION Phases | Role | Duration (Hrs.) | Timeline (Days) |
|---|---|---|---|
| **PHASE 1** | | | |
| Stage 1 | | | Day 0 |
| Concept Development | Snr Software Developer | 80 | |
| Requirement Tracking Document | Assistant PM | 20 | |
| Review of Architecture | Enterprise Architect | 8 | |
| | | | |
| Stage 2 | | | Day 14 |
| Back end Development, CMS Integration, Email Setup | Snr Software Developer | 80 | |
| | Mid-Level Software Developer | 80 | |
| Requirement Tracking Document Updates | Assistant PM | 16 | |
| | | | |
| Stage 3 | | | Day 28 |
| – E-commerce and Full Online security integration | Snr Software Developer | 80 | |
| | Mid-Level Software Developer | 80 | |
| Updates to Requirements Tracking Doc | Assistant PM | 16 | |
| | | | Day 42 |
| **PHASE 2** | | | |
| Developer Functional Testing | Snr Software Developer | 40 | |
| | Mid-Level Software Developer | 40 | |
| Updates to Requirements Tracking Doc | Assistant PM | 16 | |
| | | | Day 49 |
| | | | |

| | | | |
|---|---|---|---|
| Building of Client Acceptance Test Scenarios | Snr Test Engineer | 28 | |
| Building of Client Acceptance Test Scenarios | Assistant PM | 28 | |
| Test Surveys | Snr Test Engineer | 32 | |
| Client Acceptance Testing - Building of Online Survey Tool | Snr Software Developer | 24 | |
| Updates to Requirements Tracking Doc | Assistant PM | 16 | |
| Review of Architecture | Enterprise Architect | 8 | |
| | | | Day 52 |
| Client Training | Snr Software Developer | 24 | |
| | | | Day 55 |
| Client Acceptance Testing | | 40 | |
| Client Acceptance Testing | Assistant PM | 20 | |
| Client Acceptance Testing | Snr Test Engineer | 20 | |
| | | | Day 62 |
| Resolve Client Acceptance Testing Issues | Snr Software Developer | 24 | |
| | | | Day 65 |
| Launch of initial operational capability | | 80 | |
| Initial operational capability Testing | Assistant PM | 40 | |
| Initial operational capability Testing | Snr Test Engineer | 40 | |
| | | | Day 79 |
| | | | |
| | | | |

| PHASE 3 | | | |
|---|---|---|---|
| Configuration of In-house Workstation and Servers- System Admin | System Admin | 40 | |
| Configuration of In-house Workstation, firewalls, Antivirus, routers, intranet and internet- Network Admin | Network Admin | 40 | |
| Configuration of In-house Database Servers- Database Admin | Database | 24 | |
| Configuration of Audit log Tool | System/Network/Database Admins | 24 | |
| | | | Day 86 |
| | | | |
| Updates to Requirements Doc | Assistant PM | 24 | |
| Creation and Delivery of Cybersecurity Policy Document | Enterprise Architect/Cyber Security SME | 320 | |
| Server administration technical installation and operations manual | Snr Software Developer | 80 | |
| Updates and Wrap-up of Requirement Doc | Assistant PM | 32 | |
| Switch domain DNS and set up ftp access. Post website Live on the cloud; Go Live | Snr Software Developer | 24 | Day 89 |
| | | | |

**SecureSoft Technologies, 6485 New Hampshire Ave, B234, Hyattsville MD**

## ANNEX D: MAJOR EQUIPMENT

| Chart Of Major Equipment | | |
| --- | --- | --- |
| **Name** | **Image** | **Key Features** |
| (HIKVISION HD)<br><br>**DS-2DF7276-AEL**<br>*3.0Megapixel HD 20x Network PTZ Dome Camera*<br><br>(datasheet attached) |  | • 1/3"Progressive Scan CMOS<br>• 30X optical zoom, 16X digital zoom<br>• Smart Tracking, Defog, ROI encoding, HLC<br>• Smart IR, 120m IR distance<br>• 3-Streams<br>• True Day/Night, 3D DNR, Digital WDR<br>• 3D intelligent positioning<br>• 24VAC / High-PoE power supply |
| (HIKVISION HD)<br><br>DS-2CD2132-I<br>**3.0Megapixel IP IR indoor Dome IP Camera** |  | • 3MP (2048 x 1536) high resolution.<br>• Full HD1080p real-time video<br>• Up to 30m IR visibility<br>• True day/night<br>• 3D DNR & DWDR & BLC<br>• IP66 rating<br>• Vandal-proof housing<br>•  Support Protocol: TCP, UDP, IP, HTTP, SMTP, DHCP, DNS,ARP, ICMP, POP3, NTP, IPSec UpnP, RTP, and PoE Plus, SD memory slot, 2-way Audio, IP66 and IK10 |
| **HIKVISION**<br><br>**DS-9600 Series NVR**<br><br>*32 Channels Intuitive*<br><br>*Network Video*<br><br>*Recorder*<br><br>(datasheet attached) |  | • 32 channel IP camera input<br>• Up to 5 Mega pixel (2560×1920) recording resolution<br>• Simultaneous HDMI, VGA and CVBS output<br>• Up to 5 Mega pixel (2560×1920) recording resolution<br>• Simultaneous HDMI, VGA and CVBS output<br>• HDMI and VGA output up to 1920 x 1080P resolution |

35

| | | |
|---|---|---|
| | | • Dual gigabit network interfaces<br>• eSATA interface for recording or archiving<br>• Flip open front panel for easy HDD installation<br>• 16-ch 4CIF synchronous playback<br>• JPEG picture capture and playback<br>• Tag video clip, search and playback by tag<br>• Compatible with free Hikvision DDNS<br>• Digital zoom on live view and playback |
| **Samsung LED**<br><br>*Class - LED - 1080p - 240Hz HDTV* |  | • 45-9/10" screen for optimal viewing in large rooms.<br>• Clear Motion Rate 240 technology<br>• Displays fast-moving action scenes in stunning clarity without blurring.<br>• 1080p display<br>• SRS TheaterSound HD technology<br>• two 10W speakers delivers crisp, clear sound.<br>• 4 HDMI, 1 PC (rear), 1 composite video (rear), |
| **Fingerprint Access Control Machine** |  | • Uses Access Cards and pin codes and fingerprint.<br>• Fingerprint reader with durable and highly accurate ZK optical sensor<br>• 1-touch 1-second employee recognition<br>• Capacity to store 2200 template and 50000 transactions<br>• No need to enter PINs<br>• Supports 50 time zones, 5 groups and 10 unlock combinations<br>• Tamper-proofs switch and alarm outputs<br>• Request-to-exit and alarm contacts<br>• Operates stand-alone without a computer |



- TCP/IP, serial and Wiegand interfaces
- Real-time 1-touch data export to 3rd party hosted & non-hosted applications
- Audio-Visual indications for acceptance & rejection of valid and invalid fingerprints

37

# ADDENDUM D

# Final Negotiated Pricing

| Description | Unit Price | Estimated | Total cost |
|---|---|---|---|
| Networking | | | |
| LAN Cabling | | | |
| Cable Drops for voice and data | | | |
| Category 6 Bulk Cable (unshielded) | | | |
| 2 Port Single Gang Keystone Faceplate | | | |
| Hortizontal Single Sided Finger Dust Style Cable Manager | | | |
| Cat5E Punch Down Jacks - Beige | $ 193.00 | 170 | $ 32,810.00 |
| Network Switches | | | |
| HP 5800-48G-PoE Switch | | | |
| Manageable, supports 10/100/1000MBps traffic | | | |
| Provides flow control, DHCP, VLAN, Port mirroring, auto negotiation | | | |
| manageable via http, RMON | $ 4,820.00 | 4 | $ 19,280.00 |
| Firewalls/Router | | | |
| Fortinet FortiGate-100D Firewall Security Appliance | | | |
| Multi-Threat Security Appliance | | | |
| (14) x 10/100/1000 RJ45 Internal Ports | | | |
| 2 x 10/100/1000 RJ45 WAN Ports | | | |
| 1 x 10/100/1000 RJ45 DMZ | | | |
| 10GB internal storage | $ 5,714.00 | 1 | $ 5,714.00 |
| Patch Panels | | | |
| 48 port Catergory 6 Shielded patch panel, T568A/B | $ 290.00 | 4 | $ 1,160.00 |
| Network Equipment cabinets | | | |
| UC12Active 12u UCoustic  9210 Soundproof IT Cabinet. UC1-1292-AA | $ 803.00 | 4 | $ 3,212.00 |
| Wireless Acces Points | | | |
| Cisco small business wireless Access points | | | |
| Cisco Dual-bnd Sgl Rdio 802.11n Clustering Ap Poe Eu Mfr P/N AP541N-E-K9 | $ 590.00 | 9 | $ 5,310.00 |
| | | Sub Tot | $ 67,486.00 |
| Server Infrastructure | | | |
| Servers | | | |
| HP ProLiant DL380p G8 2U Rack Mountable | | | |
| 2 x Xeon E5-2640 2.5GHz | | | |
| Processor_Core - Hexa-core 6 Core | | | |
| RAID 0 · RAID 1 · RAID 5 · RAID 1+0 · RAID 5+0 | | | |
| 16GB RAM, 6 USB por | | | |
| 16 Hot Swappable SAS HDD slots | $ 7,760.00 | 1 | $ 7,760.00 |
| 6.0TB Storage (4x1.5TB SAS2 drives 6gbps drives) | $ 482.00 | 6 | $ 2,892.00 |
| LTO tape Library | | | |
| LTO-5 Tape Drive | | | |
| LTO Ultrium 5 up to 5 TB on a single tape - | | | |
| Directly attached Serial Attached SCSI - 5.25 X | $ 4,820.00 | 1 | $ 4,820.00 |
| 10 pack HP LTO data catridges | $ 642.00 | 6 | $ 642.00 |
| Operating Systems and Applications | | | |
| Microsoft Windows server 2012 release 2 Enterprise | $ 1,605.00 | 1 | $ 1,605.00 |
| Symantec Enterprise Antivirus | | | |
| Symantec Enterprise antivirus for centralised malware control | $ 1,715.00 | 1 | $ 1,715.00 |
| | | Sub Tot | $ 19,434.00 |
| CCTV | | | |
| Network Video Recorder | | | |
| HIKVISION HD (32 Channels Intuitive Network Video Recorder) | | | |
| • Up to 32 CH support | | | |
| • Includes 4TB storage | | | |

| | | | | | |
|---|---|---|---|---|---|
| • Supports Up to 48 Terabytes data storage<br>• 1000Mbps network camera recording<br>• H.264, MPEG-4 & MJPEG support<br>• VGA ~ 5 megapixel resolution<br>• Max 8 internal HDDs | | $ 4,820.00 | 2 | $ | 9,640.00 |
| **CCTV Cameras**<br>HIKVISION HD HD- High Speed Dome IP Camera | | | | | |
| • 1/3"Progressive Scan CMOS<br>• 30X optical zoom, 16X digital zoom<br>• Smart Tracking, Defog, ROI encoding, HLC<br>• Smart IR, 120m IR distance<br>• 3-Streams<br>• True Day/Night, 3D DNR, Digital WD<br>• 3D intelligent positioning<br>• 24VAC / High-PoE power supply | | $ 1,020.00 | 36 | $ | 36,720.00 |
| **CCTV Cabling** | | | | | |
| Cable Drops for video | | | | | |
| Category 6 Bulk Cable (unshielded) | | | | | |
| 2 Port Single Gang Keystone Faceplate | | | | | |
| Hortizontal Single Sided Finger Dust Style Cable Manager | | | | | |
| Cat5E Punch Down Jacks - Beige | | $ 193.00 | 36 | $ | 6,948.00 |
| 50inches SAMSUNG LED TV | | $ 860.00 | 1 | $ | 860.00 |
| 24port Dlink PoE Switch | | $ 695.00 | 2 | $ | 1,390.00 |
| | | **Sub Tot** | | **$** | **55,558.00** |

| Professional fees | | |
|---|---|---|
| Installation and configuration of network switches, VLANs and traffic routes | $ | 11,840.00 |
| Installation of firewall, configuration of security policies, access rules and Virtual private network | $ | 11,805.00 |
| Configuration of wireless network, security policies, roaming and 802.1x access authentication policies | $ | 4,815.00 |
| Server, deployment, configuration, creation of domain objects, policies and integration with existing network | $ | 14,850.00 |
| Printer setup, file and folder shares, permissions, antimalware policies, and file and folder backup / restore settings | $ | 8,000.00 |
| Deployment and configuration of survelance policies, monitoring rules, backup and recovery policies | $ | 6,500.00 |
| **Sub Total** | **$** | **57,810.00** |

| | | |
|---|---|---|
| **Networking** | $ | 67,486.00 |
| **Server Infrastructure** | $ | 19,434.00 |
| **CCTV** | $ | 55,558.00 |
| **Professional Fees** | $ | 57,810.00 |

**Grand total** | $ | 200,288

## SECURESOFT TECHNOLOGIES

## WEBSITE/APPLICATION FINAL COSTING (11 MAY)

### Labor

The bulk of the effort for the website and web application design and build is labor intensive and therefore much of the final price reflects labor hours as equipment is primarily shown in the Network costing. The chart below shows the breakout of labor categories and associated rates and hours required to complete the project. The timeline in Annex C shows the application of all of these hours within the different phases. The exception is the PM who has hours listed for the total project and not split between individual phases as his over site spans both the Website and Network efforts.

| Labor Category | Rate | Total Hours | Total Cost |
|---|---|---|---|
| Program Manager (PM) | $155.00 | 160 | $24,800.00 |
| Senior Software Developer | $100.00 | 504 | $50,400.00 |
| Assistant PM | $117.00 | 228 | $26,676.00 |
| Enterprise Architect/Cyber Security SME | $155.00 | 336 | $52,080.00 |
| Intermediates Software Developer | $80.50 | 200 | $16,100.00 |
| Sr. Test Engineer | $97.00 | 120 | $11,640.00 |
| Intermediate Systems Administrator | $70.00 | 64 | $4,480.00 |
| Intermediate Network Administrator | $66.00 | 40 | $2,640.00 |
| Intermediate Database Specialist | $80.00 | 24 | $1,920.00 |
| | | | |
| Totals | | 1,678 | $190,736.00 |

### Peripherals

The application will require specific peripherals within the consular section to use its capability. The following table provides the cost for one complete set of the critical peripherals.

| PERIPHERAL | REQUIREMENT | COST |
|---|---|---|
| Document printer | Business grade laser jet printer. HP color laser jet w/scanner | $2,500.00 |
| Bar code printer | SATO CL408e for distribution centers | $2000.00 |
| Uninterruptible power supply (UPS) | UPS on file server | $280.00 |
| Bar code scanner | Corded barcode scanner | $400.00 |
| **TOTAL** | | **$5,180.00** |

**Miscellaneous Cost**

Subscription for Audit Logging Tool per year.          **$850.00**

Digicert SSL certificate. 3 year subscription.          **$1,850.00**

Hosting cost/month (Up to 500 simultaneous users) $250.00/Mo          **$3,000.00**

## TOTAL WEBSITE/APPLICATION/MISC COST          $201,616.00