UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURESOFT TECHNOLOGIES, LLC | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No.: 1:16-cv-02175 (ABJ) |
| | : |
| EMBASSY OF GHANA | : |
| | : |
| Defendant(s). | : |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff SecureSoft Technologies, LLC ("Plaintiff") and Defendant Embassy of Ghana ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted in this matter are hereby dismissed *with prejudice* with each side bearing their own attorney fees and costs.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's claims against Defendant.

Consistent herewith, Plaintiff and Defendant consent to the Court having their case closed.

Respectfully submitted,

By Counsel:

 /s/ Dirk McClanahan
Dirk McClanahan (DC Bar No. 1019009)
Zach Miller (DC Bar No.: 1023148)
McClanahan Powers, PLLC
8133 Leesburg Pike, Suite 130
Vienna, Virginia  22182
Tel: (703) 520-1326
dmcclanahan@mcplegal.com
zmiller@mcplegal.com
*Counsel for Plaintiff*

2

/s/ Paul S. Reichler
Paul S. Reichler (D.C. Bar No. 185116)
A. Tafadzwa Pasipanodya (D.C. Bar No. 994949)
Nicholas M. Renzler (D.C. Bar No. 983359)
FOLEY HOAG LLP
1717 K Street, NW
Washington, DC 20006-5350
Tel: 202 223 1200
Fax: 202 785 6687

Kwaku D. Ofori (D.C. Bar No. 502898)
OFORI LAW FIRM, LLC
11215-B Lockwood Drive
Silver Spring, MD 20901
Tel: 301 592 8818
Fax: 301 592 8839

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2017, the foregoing *Stipulation of Dismissal* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                By:    /s/ Nicholas M Renzler
                                                           Nicholas M Renzler
                                                           *Counsel for Defendant*